FILED
United States Court of Appeals
Tenth Circuit

July 20, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

RONNIE ALLEN BELLAMY, JR.,

    Plaintiff - Appellant,

v.

SAMUEL L. CLINE, Warden, El Dorado Correctional Facility; RON BAKER, Warden, Lansing Correctional Facility; STUART BAILEY, Major, Lansing Correctional Facility; NICOLAUS BALL, EAI-Investigator, Lansing Correctional Facility; JAMES GIFT, EAI-Investigator, Lansing Correctional Facility; (FNU) DOES 1-4, SST-SORT Officers, Lansing Correctional Facility; ALEX McCOLLOUGH, Correctional Officer, El Dorado Correctional Facility; COLETTE WINKLEBAUER, Deputy Warden, Lansing Correctional Facility; (FNU) RAINEY, Deputy Warden, Lansing Correctional Facility; MARIA BOS, Classification Administrator, El Dorado Correctional Facility; DUSTIN RANDOLPH, Unit Team Manager, El Dorado Correctional Facility; JOHN CANNON, EAI-Investigator, El Dorado Correctional Facility; DYLAN DARTER, Correctional Officer, El Dorado Correctional Facility; (FNU) DOES 4-8, Correctional Officers, El Dorado Correctional Facility; (FNU) DOES 9-11, Contract Medical Personnel, Corizon Health Services - KDOC, El Dorado Correctional Facility,

    Defendants - Appellees.

No. 22-3106
(D.C. No. 5:20-CV-03229-DDC-ADM)
(D. Kan.)

FILED
United States Court of Appeals
Tenth Circuit

July 20, 2022

Christopher M. Wolpert
Clerk of Court

_____

**ORDER**

_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk